# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KRS PROCESSING INC.** <br><br> PLAINTIFF, <br><br> V. <br><br> **AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS,** <br><br> **ADAM BAUER, IN HIS OFFICIAL CAPACITY,** <br><br> **WAYNE JOEL, IN HIS OFFICIAL CAPACITY,** <br><br> **MATT DEFILIPPIS, IN HIS OFFICIAL CAPACITY,** <br><br> **PAUL WILLIAMS, IN HIS OFFICIAL CAPACITY,** <br><br> **FLETCHER, HEALD & HILDRETH, PLC,** <br><br> **AND** <br><br> **KEVIN GOLDBERG, IN HIS OFFICIAL CAPACITY.** <br><br> DEFENDANTS. | **CASE NO. 19-167** |

## NOTICE OF REMOVAL

COMES NOW, Defendants Fletcher, Heald & Hildreth, PLC and Kevin Goldberg ("Fletcher"), by and through its attorneys, Justin M. Flint, Abby A. Franke, and Eccleston and Wolf, P.C., and hereby files its Notice of Removal of the above-captioned action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1331, 1441(a), and 1446, and in support thereof states as follows:

1.     The Plaintiff, KRS Processing Inc., filed her original Complaint in D.C. Superior Court, styled as *KRS Processing Inc. v. American Society of Composers, Authors & Publishers, et al.*, Case No. 2018 008468 B, on December 7, 2018 alleging a myriad of claims, including violations of the Sherman Antitrust Act of 1890 (the "Sherman Act"), 15 U.S.C. § 1 *et seq.* See Compl. ¶¶ 26, 73-79.

2.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331 (2019).

3.     Thus, this action is removable pursuant to 28 U.S.C. § 1441(a) (2019) because this case falls within this Honorable Court's original jurisdiction.

4.     Plaintiff served Fletcher with the Complaint and a Summons on January 4, 2019. As a result, the instant Notice of Removal is being filed within 30 days "after receipt by or service on that defendant of the initial pleading or summons" pursuant to 28 U.S.C. § 1446(b)(2)(B) (2019).  A copy of all process, pleadings and orders served upon, or filed by, Fletcher, is attached hereto as Exhibit 1 pursuant to 28 U.S.C. § 1446(a).

5.     Fletcher will provide Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).  In addition, a copy of this Notice of Removal will be filed with the Clerk of the Superior Court for the District of Columbia as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants Fletcher, Heald & Hildreth, PLC and Kevin Goldberg hereby respectfully request that this action be removed to this Court from the Superior Court for the District of Columbia and that it proceed in this Court as an action properly removed.

        _____/s/_____
Justin M. Flint (#491782)
Abby A. Franke (#1030041)
ECCLESTON AND WOLF, P.C.
1629 K Street, NW, Suite260
Washington, DC 20006
flint@ewdc.com
franke@ewdc.com
*Counsel for Defendants*
*Fletcher, Heald & Hildreth, PLC*
*and Kevin Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 25, 2019 a copy of the foregoing Notice of Removal was delivered via first class mail to:

KRS Processing Inc.
Attn: Kathy Allen
26 55th Street, NE
Washington, DC 20019-6760
*Pro se Plaintiff*

    \_\_\_\_/s/_____
Abby A. Franke