**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **KRS PROCESSING INC.**<br><br>PLAINTIFF,<br><br>V.<br><br>**FLETCHER, HEALD & HILDRETH PLC, ET AL.**<br><br>DEFENDANTS. | **CIVIL ACTION NO: 19-167** |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of Court: Please enter the appearance of Abby A. Franke (#1030041) of Eccleston & Wolf, PC for Defendants Fletcher, Heald & Hildreth PLC and Kevin Goldberg in the above-referenced matter.

Respectfully submitted,

Eccleston & Wolf, P.C.

/s/
Justin M. Flint (#491782)
Abby A. Franke (#1030041)
1629 K Street, N.W., Suite 260
Washington, DC 20006
(202) 857-1696 (Tel)
flint@ewdc.com
franke@ewdc.com
*Counsel for Defendants*
*Fletcher, Heald & Hildreth PLC and*
*Kevin Goldberg*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day of January 25, 2019, a copy of the foregoing Notice of Entry of Appearance of Counsel was served via first class mail to:

KRS Processing Inc.
Attn: Kathy Allen
26 55th Street, NE
Washington, DC 20019-6760
*Pro se Plaintiff*

                                          /s/
                               Abby A. Franke (#1030041)