# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**KRS PROCESSING INC.**
c/o KATHY ALLEN
26 55TH STREET, NE
WASHINGTON, DC 20019-6760
(202) 396-1225

     *PRO SE* PLAINTIFF,

V.

**AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS,**
1900 BROADWAY
NEW YORK, NEW YORK 10023

**ADAM BAUER, IN HIS OFFICIAL
CAPACITY,**
1900 BROADWAY
NEW YORK, NEW YORK 10023

**WAYNE JOEL, IN HIS OFFICIAL
CAPACITY,**
1900 BROADWAY
NEW YORK, NEW YORK 10023

**MATT DEFILIPPIS, IN HIS OFFICIAL
CAPACITY,**
1900 BROADWAY
NEW YORK, NEW YORK 10023

**PAUL WILLIAMS, IN HIS OFFICIAL
CAPACITY,**
1900 BROADWAY
NEW YORK, NEW YORK 10023

**FLETCHER, HEALD & HILDRETH, PLC,**
1300 N. 17TH STREET, SUITE 1100
ARLINGTON, VA 22209

**KEVIN GOLDBERG, IN HIS OFFICIAL
CAPACITY.**
607 E ST SE
WASHINGTON, DC 20003

     DEFENDANTS.

**CASE NO. 19-CV-167 (RC)**

## NOTICE OF REMOVAL

COMES NOW, Defendants Fletcher, Heald & Hildreth, PLC and Kevin Goldberg ("Fletcher"), by and through its attorneys, Justin M. Flint, Abby A. Franke, and Eccleston and Wolf, P.C., and hereby files its Notice of Removal of the above-captioned action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1331, 1441(a), and 1446, and in support thereof states as follows:

1.      The Plaintiff, KRS Processing Inc., filed her original Complaint in D.C. Superior Court, styled as *KRS Processing Inc. v. American Society of Composers, Authors & Publishers, et al.*, Case No. 2018 008468 B, on December 7, 2018 alleging a myriad of claims, including violations of the Sherman Antitrust Act of 1890 (the "Sherman Act"), 15 U.S.C. § 1 *et seq.  See* Compl. ¶¶ 26, 73-79.

2.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331 (2019).

3.      Thus, this action is removable pursuant to 28 U.S.C. § 1441(a) (2019) because this case falls within this Honorable Court's original jurisdiction.

4.      Plaintiff served Fletcher with the Complaint and a Summons on January 4, 2019. As a result, the instant Notice of Removal is being filed within 30 days "after receipt by or service on that defendant of the initial pleading or summons" pursuant to 28 U.S.C. § 1446(b)(2)(B) (2019).   A copy of all process, pleadings and orders served upon, or filed by, Fletcher, is attached hereto as Exhibit 1 pursuant to 28 U.S.C. § 1446(a).

5.      Fletcher will provide Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).   In addition, a copy of this Notice of Removal will

be filed with the Clerk of the Superior Court for the District of Columbia as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants Fletcher, Heald & Hildreth, PLC and Kevin Goldberg hereby respectfully request that this action be removed to this Court from the Superior Court for the District of Columbia and that it proceed in this Court as an action properly removed.

/s/
Justin M. Flint (#491782)
Abby A. Franke (#1030041)
ECCLESTON AND WOLF, P.C.
1629 K Street, NW, Suite260
Washington, DC 20006
(202) 857-1696
flint@ewdc.com
franke@ewdc.com
*Counsel for Defendants*
*Fletcher, Heald & Hildreth, PLC*
*and Kevin Goldberg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 25, 2019 a copy of the foregoing Notice of Removal was delivered via first class mail to:

KRS Processing Inc.
Attn: Kathy Allen
26 55th Street, NE
Washington, DC 20019-6760
*Pro se Plaintiff*

/s/
Abby A. Franke
