## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**KRS PROCESSING INC.**

       PLAINTIFF,

V.

**FLETCHER, HEALD & HILDRETH PLC,
ET AL.**

       DEFENDANTS.

**CIVIL ACTION NO: 1:19-CV-00167**

## DEFENDANT FLETCHER, HEALD & HILDRETH PLC'S CORPORATE DISCLOSURE STATEMENT

Justin M. Flint, Abby A. Franke, and Eccleston and Wolf, P.C., counsel for Defendant Fletcher, Heald & Hildreth PLC ("Defendant Fletcher"), hereby files this Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:  I, the undersigned, counsel of record for Defendant Fletcher, certify that to the best of my knowledge and belief, Fletcher has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public and no publicly held corporation owns 10% or more of Fletcher's stock.  These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/_____

Justin M. Flint (#491782)
Abby A. Franke (#1030041)
Eccleston & Wolf, PC
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
Tel: (202) 857-1696
flint@ewdc.com
franke@ewdc.com
*Attorney for Defendants*
*Fletcher, Heald & Hildreth PLC and Kevin Goldberg*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2019, a copy of the foregoing Defendant's Corporate

Disclosure Statement was served via first class mail to:

KRS Processing Inc.
Attn: Kathy Allen
26 55th Street, NE
Washington, DC 20019-6760
*Pro se Plaintiff*


_____/s/_____
Abby A. Franke (#1030041)