UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRS PROCESSING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:19-cv-00167-RC |
| ) | |
| AMERICAN SOCIETY OF COMPOSERS, ) | Hon. Rudolph Contreras |
| AUTHORS AND PUBLISHERS ) | |
| ("ASCAP"), ) | |
| ) | |
| ADAM BAUER, IN HIS OFFICIAL ) | |
| CAPACITY, ) | |
| ) | |
| WAYNE JOSEL, IN HIS OFFICIAL ) | |
| CAPACITY, ) | |
| ) | |
| MATT DEFILIPPIS, IN HIS OFFICIAL ) | |
| CAPACITY, ) | |
| ) | |
| PAUL WILLIAMS, IN HIS OFFICIAL ) | |
| CAPACITY, ) | |
| ) | |
| FLETCHER, HEALD & HILDRETH, PLC, ) | |
| ) | |
| AND ) | |
| ) | |
| KEVIN GOLDBERG, IN HIS OFFICIAL ) | |
| CAPACITY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CONSENT TO REMOVAL OF CIVIL ACTION

Defendants American Society of Composers, Authors and Publishers ("ASCAP"), Adam Bauer, Wayne Josel, Matt DeFilippis, and Paul Williams (collectively, the "ASCAP Defendants"), through their undersigned counsel, hereby consent to and join in the removal of

the above-captioned action to this Honorable Court. The ASCAP Defendants respectfully submit this statement in support of the Notice of Removal filed January 25, 2019, by Defendants Fletcher, Heald & Hildreth, PLC and Kevin Goldberg ("Removing Defendants"). The ASCAP Defendants state as follows:

1. The Plaintiff, KRS Processing Inc., filed its original Complaint in D.C. Superior Court, styled as *KRS Processing Inc. v. American Society of Composers, Authors & Publishers, et al.*, Case No. 2018 008468 B, on December 7, 2018. Plaintiff's claims against the ASCAP Defendants include alleged price-fixing in violation of the Sherman Antitrust Act of 1890 (the "Sherman Act"), 15 U.S.C. § 1 *et seq.* See Compl. ¶¶ 26, 73-79.

2. As noted in the Removing Defendants Notice of Removal, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States." 28 U.S.C. § 1331 (2019). Plaintiff's action is removable pursuant to 28 U.S.C. § 1441(a) (2019) because the allegation against the ASCAP Defendants of price-fixing in violation of the Sherman Act purports to state a claim under a law of the United States, thus bringing the action within this Honorable Court's original jurisdiction.

3. Plaintiff served a copy of the Complaint on the ASCAP Defendants on January 7, 2019. Thus, this consent to and joining in the removal is timely filed and without waiver pursuant to U.S.C. §§ 1441, 1446.

4. In consenting to and joining the removal, the undersigned ASCAP Defendants do not intend to waive any rights or defenses to which they are otherwise entitled, including but not limited to, such rights and defenses as are set forth in Federal Rule of Civil Procedure 12(b).

**WHEREFORE,** the ASCAP Defendants respectfully request that this Honorable Court assume jurisdiction of the captioned action.

Respectfully submitted,

_____
Benjamin L. Zelenko (#154088)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1101 New York Avenue, NW, Suite 1000
Washington, DC 20005
Tel: (202) 833-8900
Fax: (202) 466-5738
benjamin.zelenko@lbkmlaw.com

*Attorneys for Defendants American Society of Composers, Authors and Publishers, Adam Bauer, Wayne Josel, Matt DeFilippis and Paul Williams*

Dated: January 28, 2019

## CERTIFICATE OF SERVICE

The undersigned counsel for the ASCAP Defendants hereby certifies that on January 28, 2019, I caused a copy of the foregoing Statement to be served by electronic means through the Case Management/Electronic Filing System (CM/ECF) for the District Court for the District of Columbia and caused a copy of the foregoing delivered via first class mail to:

> KRS Processing Inc.
> Attn: Kathy Allen
> 26 55th Street, NE
> Washington, DC 20019-6760
> *Pro se* Plaintiff

/s/
Benjamin L. Zelenko